# A

