# C

3:24

🔒 nbcboston.com

 🌤 73°

**FRANKLIN**

# Firefighters Battle Condo Building Blaze in Franklin, Mass.

A retired Needham firefighter saw smoke near his window while he was having work done on his unit in the building next door, then warned his neighbors

By **Kathryn Sotnik** and **Asher Klein** • Published May 24, 2021 • Updated on May 24, 2021 at 11:40 pm

  



A retired firefighter went door-to-door to alert his neighbors to a fire.

A condo building caught fire Monday in Franklin, Massachusetts, and firefighters battling the blaze couldn't stop it from gutting large portions of the structure.